

# Fourth Court of Appeals
## San Antonio, Texas

June 17, 2014

No. 04-14-00190-CV

**ONEWEST BANK, FSB**,
Appellant

v.

The Estate of Edith H. **FRAHM**,
Appellee

From the Probate Court No 1, Bexar County, Texas
Trial Court No. 2012PC0915
Honorable Polly Jackson Spencer, Judge Presiding

# O R D E R

The parties have filed a joint motion for extension of time, explaining that they are currently engaged in settlement discussions. We GRANT the motion and ORDER appellant to file its brief on or before July 18, 2014. Appellee's brief will be due sixty days after appellant files its brief.

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of June, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court